UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-CR-00026-04 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| JOSHUA LEWIS (04) | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [ECF No. 199] and in the transcript of the rearraignment hearing [ECF No. 198], and having thoroughly reviewed the record, the Court concurs with the findings of the Magistrate Judge. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the GUILTY PLEA entered by Defendant Joshua Lewis on March 17, 2023 before Magistrate Judge David J. Ayo is ACCEPTED by the Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11. Defendant is adjudged guilty of conspiracy to distribute and possess with intent to distribute controlled substances (cocaine), as charged in Count 1 of the Bill of Information.

THUS DONE in Chambers on this 30th day of May, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE